## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Margarita Maldonado v. Credit Control Services, Inc., D/B/A Credit Collection Services

Case Number: 1:21-cv-04481

An appearance is hereby filed by the undersigned as attorney for:

Defendant Credit Control Services, Inc., d/b/a Credit Collection Services

Attorney name (type or print): Andrew Michael Schwartz

Firm: Gordon Rees Scully Mansukhani, LLP

Street address: Three Logan Square, 1717 Arch Street, Suite 610

City/State/Zip: Philadelphia, Pennsylvania 19103

Bar ID Number: PA 79427
(See item 3 in instructions)

Telephone Number: 215-717-4023

Email Address: amschwartz@grsm.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☐ Yes ☑ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on September 24, 2021

Attorney signature: S/ Andrew Michael Schwartz

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015