IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARGARITA MALDONADO, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiff, ) ) v. ) ) CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES, ) ) ) ) ) Defendant. ) | Case No. 21-cv-04481 Hon. Robert M. Dow Jr. |

## MOTION TO WITHDRAW

NOW COMES Daniel Brown, an attorney for Plaintiff, bringing this motion to withdraw as counsel for Plaintiff, and in support of his Motion states as follows:

1. Effective January 3, 2022, Daniel Brown's law firm, Main Street Attorney, LLC, has merged with Great Lakes Consumer Law Firm, LLC, with Great Lakes Consumer Law Firm, LLC as the surviving entity.

2. Also effective January 3, 2022, Daniel Brown is no longer an attorney with Great Lakes Consumer Law Firm, LLC.

3. Seth McCormick of Great Lakes Consumer Law Firm, LLC remains as counsel for Plaintiff, as do Michael Wood and Celetha Chatman of Community Lawyers, LLC.

4. No harm or prejudice will come to Plaintiff by allowing Daniel Brown to withdraw from representing Plaintiff in this matter.

1

WHEREFORE, Daniel Brown respectfully requests this Honorable Court enter an order authorizing Daniel Brown to withdraw as counsel for Plaintiff, and for such other and further relief as this Court deems just and proper.

                                        Respectfully submitted,

                                        /s/ *Daniel Brown*
                                        Daniel Brown (ARDC # 6299184)
                                        PO Box 247
                                        Chicago, IL 60690
                                        (773) 453-7410
                                        daniel@mainstreetattorney.com

## **CERTIFICATE OF SERVICE**

I, Daniel Brown, an attorney, hereby certify that on January 3, 2022, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                        /s/ *Daniel Brown*
                                        Daniel Brown