**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MARGARITA MALDONADO, on behalf of herself and all others similarly situated, )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CREDIT CONTROL SERVICES, INC. )<br>d/b/a CREDIT COLLECTION )<br>SERVICES, )<br>)<br>Defendant. ) | Case No. 21-cv-04481<br><br>Hon. Robert M. Dow Jr. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on **January 11, 2022 at 9:15 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Robert M. Dow, Jr., or any judge sitting in his stead, in Courtroom 2303 of the United States District Court for the Northern District of Illinois, 219 S. Dearborn St., Chicago, Illinois, or via teleconference or video conference as order by the Court, and shall then and there present the Daniel Brown's **MOTION TO WITHDRAW**.

Respectfully Submitted,

/s/ *Daniel Brown*
Daniel Brown (ARDC # 6299184)
PO Box 247
Chicago, IL 60690
(773) 453-7410
daniel@mainstreetattorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 3, 2022, I electronically filed the foregoing Document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the counsel of record in this case, each a registered CM/ECF user in this case.

/s/ *Daniel Brown*
Daniel Brown

1