IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Margarita Maldonado

Plaintiff(s),

v.

Credit Control Services, Inc.

Defendant(s).

Case No. 21-cv-4481
Judge Robert M. Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
      ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

X   other: Plaintiff's motion to remand 19 is granted. The Clerk is directed to remand this case to the Circuit Court of Cook County forthwith for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge         without a jury and the above decision was reached.
X decided by Judge Robert M. Dow on a motion to remand.

Date:  9/26/2022                                   Thomas G. Bruton, Clerk of Court

                                                   Carolyn Hoesly, Deputy Clerk